ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

JUN 2 - 2005

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE GEMSTAR DEVELOPMENT CORPORATION PATENT LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. MDL-1274-WBH Related to: 1:98-CV-3477-WBH 1:99-CV-1242-WBH |
| SCIENTIFIC-ATLANTA, INC., Plaintiff, v. GEMSTAR INTERNATIONAL GROUP LIMITED, et al., Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO. 1:99-CV-1040-WBH |
| SCIENTIFIC-ATLANTA, INC., Plaintiff, v. STARSIGHT TELECAST, INC., Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION FILE NO. 1:99-CV-1890-WBH |

Entered as dismissed pursuant to
Rule 41(a)(1)(ii), F.R.C.P.

Luther D. Thomas, Clerk

By: _____
Deputy Clerk

| | |
|---|---|
| SCIENTIFIC-ATLANTA, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STARSIGHT TELECAST, INC. ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION FILE <br> NO. 1:99-CV-1671-WBH |
| GEMSTAR-TV GUIDE <br> INTERNATIONAL, INC., AND ) <br> STARSIGHT TELECAST, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCIENTIFIC-ATLANTA, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION FILE <br> NO. 1:01-CV-0406-WBH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to a settlement agreement executed on June 1, 2005, the parties to this action – Gemstar-TV Guide International, Inc., Gemstar International Group Limited (n/k/a Gemstar-TV Guide International, Inc.), Gemstar Development Corporation, Index Systems, Inc., VCR Index Systems, B.V. and StarSight Telecast, Inc. (collectively, "Gemstar") and Scientific-Atlanta, Inc. ("Scientific-

Atlanta") -- settled their disputes and agreed that all claims and counterclaims pending between them in all of these actions, including the cases transferred to this Court by the MDL Panel, should be dismissed with prejudice.

Pursuant and subject to their settlement agreement, Gemstar and Scientific-Atlanta by their counsel hereby dismiss all claims and counterclaims between them asserted in this action with prejudice pursuant to F.R.C.P. 41(a)(1).

The parties shall bear their own costs and attorneys' fees.

Submitted this 2d day of June, 2005.

/by Ann H Fort
w/ express
permission

A. Shane Nichols
Joseph R. Bankoff
    Georgia Bar No. 036100
A. Shane Nichols
    Georgia Bar No. 542654
KING & SPALDING
191 Peachtree Street
Atlanta, Georgia 30303-1763
(404) 572-4600
(404) 572-5145 (fax)

L. Norwood Jameson
    Georgia Bar No. 003970
Matthew C. Gaudet
    Georgia Bar No. 287789
DUANE MORRIS LLP
1180 West Peachtree Street - Suite 700
Atlanta, Georgia 30309-3448
(404) 253-6900
(404) 253-6901 (fax)

3

OF COUNSEL:
Joseph M. Potenza
Frederic M. Meeker
BANNER & WITCOFF, LTD.
1001 G Street, N.W.
Washington, D.C. 20001
(202) 508-9100
(202) 508-9122 (fax)

Attorneys for
SCIENTIFIC-ATLANTA, INC.

_____
John L. North
    Georgia Bar No. 545580
Jeffrey J. Toney
    Georgia Bar No. 714615
Ann G. Fort
    Georgia Bar No. 269995
Mark E. Henderson, Esq.
    Georgia Bar No. 346333
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
(404) 853-8000
(404) 853-8806 (fax)

OF COUNSEL:
Michael E. Florey
Greg A. McAllister
FISH & RICHARDSON, P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, Minnesota 55402
(612) 335-5070
(612) 288-9696 (facsimile)

4

Charles Diamond
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
7th Floor
Los Angeles, CA 90067-6035
310 246-6789
310 246-6779 (fax)

Mark A. Samuels, Esq.
O'MELVENY & MYERS, LLP
400 Hope Street
Suite 1060
Los Angeles, CA 90071
Phone: 213-430-6000
Facsimile: 213-430-6407

Richard G. Parker
Ian Simmons
O'MELVENY & MYERS LLP
555 13th Street NW
Suite 500 West
Washington, D.C. 20004-1109
Phone: (202) 383-5300
Facsimile: (202) 383-5414

David A. Kikel
Karen M. Hardwick
Jennifer W. Feinberg
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, NW
Washington, DC 20004
Phone: (202) 637-5600
Facsimile: (202) 637-5910

William F. Haigney
HOGAN & HARTSON LLP
100 Park Avenue
New York NY 10017
212 918-3000
212 918-3100 (fax)

Attorneys for GEMSTAR-TV GUIDE
INTERNATIONAL, INC.,GEMSTAR DEVELOPMENT
CORPORATION, INDEX SYSTEMS, INC.,
VCR INDEX SYSTEMS, B.V. and
STARSIGHT TELECAST, INC.