FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 0 7 2005

LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE GEMSTAR DEVELOPMENT CORPORATION PATENT LITIGATION ) ) ) ) ) ) ) ) | Master File No. MDL-1274-WBH Related to: 1:98-CV-3477-WBH 1:99-CV-1242-WBH |

## ORDER GRANTING JOINT MOTION TO VACATE THE SUMMARY JUDGMENTS OF NON-INFRINGEMENT AND THE UNDERLYING MARKMAN ORDERS IN CASE NOS. 98-CV-3477 AND 99-CV-1242 AND THE JUDGMENT IN CASE NO. 99-CV-1242

This Court having read and considered Gemstar And Scientific-Atlanta's Joint Motion To Vacate The Summary Judgments Of Non-Infringement And The Underlying Markman Orders In Case Nos. 98-CV-3477 And 99-CV-1242 And The Judgment In Case No. 99-CV-1242; and

it appearing to this Court that the parties have consented to the requested relief;

IT IS HEREBY ORDERED that

(1)   this Court's Markman claim construction order of October 29, 2001, entered in case nos. 98-CV-3477 and 99-CV-1242 is hereby VACATED;

(2)	this Court's Markman claim construction orders of October 25, 2002, and June 18, 2003, entered in case nos. 98-CV-3477 are hereby VACATED;

(3)	this Court's orders of June 30, 2003, July 18, 2003, March 26, 2004, and March 30, 2004, entered in case no. 98-CV-3477 granting Scientific-Atlanta's motions for summary judgment of non-infringement are hereby VACATED;

(4)	this Court's orders of August 30, 2002, and November 1, 2002, entered in case nos. 98-CV-3477 and 99-CV-1242 granting Scientific-Atlanta's motions for summary judgment of non-infringement are hereby VACATED; and

(5)	the judgment entered on October 15, 2004, in case no. 99-CV-1242 is hereby VACATED.

This __6__ day of __June__, 2005.

_____
WILLIS B. HUNT, JR., JUDGE
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA